| | |
|---|---|
| 1 | Thomas P. Riley, SBN 194706 |
| 2 | LAW OFFICES OF THOMAS P. RILEY, P.C.<br>First Library Square |
| 3 | 1114 Fremont Avenue<br>South Pasadena, CA 91030-3227 |
| 4 | Tel: 626-799-9797 |
| 5 | Fax: 626-799-9795<br>TPRLAW@att.net |
| 6 | Attorneys for Plaintiff |
| 7 | J & J Sports Productions, Inc. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 3:11-cv-02127-CRB |
| Plaintiff, | PLAINTIFF'S THIRD *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed) |
| v. | |
| JESUS NAVA, et al. | |
| Defendant. | |

TO THE HONORABLE CHARLES R. BREYER, THE DEFENDANT/S AND HIS ATTORNEY/S OF RECORD:

As of this date, Plaintiff has been unable to successfully serve its initiating suit papers upon defendant Jesus Nava, individually and d/b/a La Casita Chilanga.

WHEREFORE, Plaintiff makes the following representations and recommendations:

1. On April 29, 2011, Plaintiff's Complaint was filed against Defendants Jesus Nava, individually and d/b/a La Casita Chilanga.

2. Plaintiff has *still* not perfected service of the initiating suit papers upon the Defendant, Jesus Nava, despite diligent[1] efforts to do so. (Please see three (3) Not Found or Not Service Return and one Status Report form attached hereto and made part hereof Plaintiff's Exhibit 1).

---

[1] As of this writing Plaintiff has made eleven (11) separate attempts at service of the initiating suit papers. (Please see Plaintiff's Exhibit 1).

PLAINTIFF'S THIRD *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO
COMPLETE SERVICE; AND ORDER (Proposed)
CASE NO. 3:11-cv-02127-CRB

3. Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order further continuing the Case Management Conference presently set for December 16, 2011 at 8:30 AM. As set forth below, Plaintiff respectfully requests this Honorable Court continue the Case Management Conference and extend the time to complete service an additional Thirty (30) days.

4. Although Plaintiff's counsel was recently informed that the defendant has "moved to Mexico," Plaintiff respectfully requests this additional continuance of time to skiptrace the defendant and determine *conclusively* whether such is the case. In the event it is determined Defendant has relocated to Mexico, Plaintiff's counsel will seek no further extensions in this action and will either dismiss the defendant outright or seek to effect service by publication within the additional days granted by way of this Application from this Honorable Court.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference, presently scheduled for December 16, 2011 at 8:30 AM and permit Plaintiff an additional Thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to the named defendant.

Respectfully submitted,

Dated: December 8, 2011

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///

## ORDER (Proposed)

It is hereby ordered that the Case Management Conference in civil action number 3:11-cv-02127-CRB styled *J & J Sports Productions, Inc. v. Jesus Nava, et al.*, is hereby continued from 8:30 AM, December 16, 2011 to Friday, January 13, 2012 at 8:30 .m.

Plaintiff is granted an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendants Jesus Nava individually and d/b/a La Casita Chilanga, where service has not been made or service by publication requested.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:



_____
THE HONORABLE CHARLES R. BREYER
United States District Court
Northern District

Dated: December 12, 2011

///
///
///
///
///
///
///
///